**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7400**

FRANKIE L. MCCOY, SR.,

Plaintiff - Appellant,

v.

CORRECTIONAL MEDICAL SERVICE; WEXFORD HEALTH SOURCE; DR. TOM
LINGUISE; DR. ISAIAS TESSEMA, (MD); SYRESH MENON; DR. MELAKU
AYALEW; DR. DAVID MATHIS; DR. DEREJE TESFAYE; DR. AVA JOUBERT;
CHRISTY WHITEHAIR,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District
Judge.  (1:10-cv-01481-WDQ)

Submitted:  March 15, 2012          Decided:  March 19, 2012

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Frankie L. McCoy, Sr., Appellant Pro Se.  Philip Melton Andrews,
Mary Beth Ewen, KRAMON & GRAHAM, PA, Baltimore, Maryland; Erin
O. Millar, Valerie L. Tetro, WHITEFORD, TAYLOR & PRESTON, LLP,
Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frankie L. McCoy, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny McCoy's motion for appointment of counsel and affirm for the reasons stated by the district court. McCoy v. Corr. Med. Serv., No. 1:10-cv-01481-WDQ (D. Md. Sept. 20, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED